*Staff Comment:* The proposed amendment would add a sentence requiring a lapse in service of 2 years once a panel member had served 5 years. If the Court were to adopt this proposed change, it would phase in the effect of the change over a 3-year period by permitting in the first year two panel members with more than 5 years service and in the second year, one.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

### MAY 17, 1978

IN THE MATTER OF REQUEST FOR INVESTIGATION OF DANIEL C DEVINE. (Docket No. 57315.) On order of the Court, the request for investigation having been referred to Wayne County Hearing Panel No. 18, the hearing panel having transmitted its findings and recommendations to this Court and the record having been considered, it is hereby ordered that the complaint dated October 25, 1976 by the State Bar Grievance Administrator against Daniel C. Devine be dismissed with prejudice. *Kenneth B. McConnell* for respondent.

### MAY 18, 1978

BURNS v STATE BOARD OF LAW EXAMINERS. (Docket No. 60023.) The complaint for superintending control, supporting documents, and the response of the Board of Law Examiners are considered. The Court has not found an abuse of discretion by the board in this case, and the complaint, therefore, is denied without prejudice to plaintiff applying to the Board of Law Examiners for a special certificate of qualification to practice law pursuant to Rule 5(D) of the Rules for the Board of Law Examiners as amended by Court order dated May 11, 1978. *Farhat, Burns & Story, P.C.,* for plaintiff. *Robert K. Avery* for defendant.